# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moberly, Robyn L. | U.S. Bankruptcy Court for the Southern District of Indiana | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

317 Birch Bayh Federal Building and Federal Courthouse
46 East Ohio Street
Indianapolis, Indiana 46204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Visitors of The Indiana University McKinney School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Indiana State Judiciary Vested Pension (defined benefit pension plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Indiana State Judiciary Vested Pension | $76,505.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moberly, Robyn L. | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Regions Banks (cash) | A | Interest | L | T | | | | | |
| 3. Moberly Investments LLC | B | Royalty | L | U | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Oppenheimer Rising Dividends Fund Class A (OARDX) | A | Dividend | | | Sold | 10/10/19 | J | | |
| 6. Oppenheimer Capital Appreciation Fund Class A (OPTFX) | | None | | | Sold | 10/10/19 | J | | |
| 7. Oppenheimer Main Street Fund Class A (MSIGX) | | None | | | Sold | 10/10/19 | K | | |
| 8. Oppenheimer International Growth Fund Class A (OIGAX) | | None | | | Sold | 10/10/19 | J | | |
| 9. IRA #2 (H) | | | | | | | | | |
| 10. Value Line Larger Companies Fund | D | Dividend | L | T | | | | | |
| 11. IRA #3 (H) | | | | | | | | | |
| 12. Value Line Larger Companies Fund | D | Dividend | L | T | | | | | |
| 13. IRA #4 (H) | | | | | | | | | |
| 14. Bank Of America, NA (cash) | A | Interest | K | T | | | | | |
| 15. Apple Inc (AAPL) | A | Dividend | L | T | | | | | |
| 16. Avanos Medical Inc Reg (AVNS) (Y) | | | | | | | | | |
| 17. Cigna Corp Reg SHS (CI) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca Cola Com (KO) | A | Dividend | K | T | | | | | |
| 19. Eli Lilly & Co (LLY) | A | Dividend | K | T | | | | | |
| 20. Intl Business Machines (IBM) | B | Dividend | K | T | | | | | |
| 21. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 22. Merk and Co Inc Shs (MRK) | A | Dividend | K | T | | | | | |
| 23. American Capital World Growth & Income (CWGFX) | A | Dividend | K | T | | | | | |
| 24. American Growth Fund of American (GFAFX) | B | Dividend | K | T | | | | | |
| 25. Clearbridge Aggressive Growth Fund (SHRAX) (Y) | | | | | | | | | |
| 26. IRA #5 (H) | | | | | | | | | |
| 27. Bank of America, NA (cash) | A | Interest | K | T | | | | | |
| 28. Alphabet inc SHS (GOOG) | | None | M | T | | | | | |
| 29. Apple Inc (AAPL) | A | Dividend | L | T | | | | | |
| 30. Coca Cola Com (KO) | A | Dividend | K | T | | | | | |
| 31. Eli Lilly & Co (LLY) | A | Dividend | K | T | | | | | |
| 32. Intl Business Machines (IBM) | A | Dividend | J | T | | | | | |
| 33. Merk and Co Inc SHS (MRK) | A | Dividend | J | T | | | | | |
| 34. American Capital World Growth & Income (CWGFX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Growth Fund of American (GFAFX) | B | Dividend | K | T | | | | | |
| 36. American Capital Income Builder FD (CIBFX) | A | Dividend | K | T | | | | | |
| 37. Clearbridge Aggressive Growth Fund (SHRAX) | B | Dividend | K | T | | | | | |
| 38. IRA #6 (H) | | | | | | | | | |
| 39. Doubleline Total Return (DLTNX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 40. Artisan Intl Fund Inv (ARTIX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 41. Schwab S&P 500 Index Fd (SWPPX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 42. IRA #7 (H) | | | | | | | | | |
| 43. Carillon Reams Unconstrained BD (SUBYX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 44. Doubleline Total Return BD (DLTNX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 45. Pioneer Strategic Income (STRYX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 46. Artisan Intl Fund Inv (ARTIX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 47. Fuller & Thaler Behavioral Sm Cap (FTHNX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 48. Januus Henderson Enterprise (JAENX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 49. Janus Henderson Glbl Real Estate (JERTX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 50. JHancock Disciplined Mid Cap Value (JVMAX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 51. JPMorgan Hedged Eqty Fd (JHQAX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Matthews Asia Dividend Fund (MAPIX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 53. MFS Intl New Discovery A | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 54. Schwab S&P 500 Index FD (SWPPX) | A | Dividend | K | T | Buy | 10/10/19 | J | | |
| 55. William Blair Small Cap Growth (WBSNX) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 56. Brokerage #1 (H) | | | | | | | | | |
| 57. Schwab One Sweep Acct (cash) | A | Interest | L | T | | | | | |
| 58. Schwab Value Advantage (SWVXX) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 59. CIT Bank (cash) | A | Interest | | | Closed | 05/20/19 | K | | |
| 60. American Express (cash) | A | Interest | | | Closed | 12/16/19 | K | | |
| 61. Synchrony Bank (cash) | A | Interest | J | T | | | | | |
| 62. AT&T Inc (T) | D | Dividend | M | T | | | | | |
| 63. Amer Electric Pwr Co (AEP) | A | Dividend | J | T | | | | | |
| 64. Auto Data Processing (ADP) | A | Dividend | J | T | | | | | |
| 65. Chevron Corp (CVX) | D | Dividend | M | T | | | | | |
| 66. Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 67. Emerson Electric Co (EMR) | A | Dividend | J | T | | | | | |
| 68. Exxon Mobile Corp (XOM) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Honeywell Intl Inc (HON) | A | Dividend | J | T | | | | | |
| 70. IBM Corp (IBM) | A | Dividend | K | T | | | | | |
| 71. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 72. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 73. Nuveen Quality Municipal (NAD) | A | Dividend | J | T | | | | | |
| 74. Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 75. Qualcomm Inc (QCOM) | A | Dividend | J | T | | | | | |
| 76. Raytheon Co (RTN) | A | Dividend | J | T | | | | | |
| 77. Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |
| 78. Target Corp (TGT) | A | Dividend | J | T | | | | | |
| 79. Texas Instruments (TXN) | A | Dividend | J | T | | | | | |
| 80. The Coca Cola Co (KO) | A | Dividend | J | T | | | | | |
| 81. Union Pacific Corp (UNP) | A | Dividend | J | T | | | | | |
| 82. United Technologies (UTX) | A | Dividend | J | T | | | | | |
| 83. Verizon Communicatn (VZ) | A | Dividend | J | T | | | | | |
| 84. Wal-mart Stores (WMT) | A | Dividend | J | T | | | | | |
| 85. 3M Co (MMM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShares Russell Mid Cap Growth ETF (IWP) | A | Dividend | K | T | | | | | |
| 87. IShares Russell Mid Cap Value ETF (IWS) | A | Dividend | K | T | | | | | |
| 88. Carillon Reams Unconstrained BD (SUBFX) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 89. AB Sustainable Global Thematic A (ALTFX) | A | Dividend | J | T | | | | | |
| 90. DFA Intl Value Port Instl (DFIVX) | A | Dividend | K | T | | | | | |
| 91. Fuller & Thaler Behavioral Sm Cap Eqty (FTHSX) | A | Dividend | L | T | | | | | |
| 92. Primecap Odyssey Growth (POGRX) | B | Dividend | K | T | | | | | |
| 93. T Rowe Price Gwth Stock (PRUFX) | A | Dividend | K | T | | | | | |
| 94. Vanguard Value Index Admiral Share (VVIAX) | B | Dividend | L | T | | | | | |
| 95. Public Storage REIT (PSA) | B | Dividend | L | T | | | | | |
| 96. Brokerage #2 (H) | | | | | | | | | |
| 97. Schwab Value Advantage (SWVXX) | A | Dividend | K | T | Open | 10/09/19 | K | | |
| 98. Carillon Reams Unconstrained BD (SUBYX) | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 99. Doubleline Total Return BD (DLTNX) | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 100. Pioneer Strategic Income (STRYX) | A | Dividend | J | T | Buy | 12/23/19 | J | | |
| 101. Artisan Intl Fund Inv (ARTIX) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 102. | | | | | Buy (add'l) | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Janus Henderson Glbl Real Estate (JERTX) | | None | J | T | Buy | 12/23/19 | J | | |
| 104. JPMorgan Hedged Eqty Fd (JHQAX) | | None | J | T | Buy | 12/23/19 | J | | |
| 105. Schwab S&P 500 Index FD (SWPPX) | A | Dividend | J | T | Buy | 10/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Moberly, Robyn L.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Moberly Investments LLC includes a small collection of oil and mineral rights in Texas, Oklahoma, and New Mexico; no control.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robyn L. Moberly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544